### HUNT v. STATE.
### No. 25745.

Court of Criminal Appeals of Texas.

March 12, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the sale of liquor in a dry area, with a fine of $200.

The proceedings appear to be regular in every respect and nothing is presented for review by this court as the record contains neither a statement of facts or bill of exception.

The judgment of the trial court is affirmed.